# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:06CR250 |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| 22)EFRAN GUZMAN ZARATA | ) | |
|     a/k/a "Comanche" | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the Bill of Indictment as to EFRAN GUZMAN ZARATA only without prejudice.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the indictment as to Efran Guzman Zarata only is hereby **DISMISSED WITHOUT PREJUDICE.**

The Clerk is directed to serve this Order by electronic transmission to the U.S. Probation Office, the United States Attorney's Office, the United States Marshal's Service, and defense counsel.

Signed: February 10, 2007

Lacy H. Thornburg
United States District Judge